No. 02–7970. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–249. PEABODY COAL CO. *v.* GROVES ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 02–327. ALABAMA *v.* MOFFITT. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–405. FORD ET AL. *v.* GUILLERMO GARCIA ET AL. C. A. 11th Cir. Motion of Center for Justice & Accountability for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–500. ATLANTIC RICHFIELD CO. ET AL. *v.* UNITED STATES ET AL.; and
No. 02–506. SHELL OIL CO. ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 294 F. 3d 1045.

No. 02–508. UNITED STATES ET AL. EX REL. HANSEN *v.* CARGILL, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–595. UNITED TECHNOLOGIES CORP. *v.* DENSBERGER, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF DENSBERGER, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–670. HAUGHTON ET UX. *v.* WAL-MART STORES, INC. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–822. BOYCE ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.